and Another, Respondents.— Judgment affirmed, with costs, on the authority of *Geraty* v. *National Ice Company* (16 App. Div. 174; affd., 160 N. Y. 658). Present— Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

J. HARRY HULL, as Trustee, etc., Respondent, v. WILLIAMSPORT PLANING MILL COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present— Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

MARTIN F. HUBERTH, Appellant, v. JAMES C. GREEN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

SAMUEL NILSEN, Respondent, v. AMERICAN BRIDGE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements on *Shinnick* v. *Clover Farms Co.* (169 App. Div. 236), with leave to defendant to withdraw demurrer and to answer on payment of costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

CHARLES FUTORANSKY, an Infant, etc., Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.; Scott, J., dissented.

FRANCIS GILBERT, as Assignee of ALESSANDRO BOLOGNESI and Another, Formerly Doing Business as A. BOLOGNESI & Co., Appellant, v. THE MECHANICS AND METALS NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present - Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

MORETTA JOHNSON, Appellant, v. FRED A. JOHNSON, Respondent.— Judgment affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

MARIE H. MALONEY, Respondent, v. RODGERS & HAGERTY, INC., Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

DANIEL MEENAN, Appellant, v. FRANK E. GORE, Respondent.— Judgment and order affirmed, with costs. No opinion. Present— Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

HERBERT COMINS, Appellant, v. CAROLINE BEMENT, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

HERBERT COMINS, as Administrator, etc., Appellant, v. CAROLINE BEMENT, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present— Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

CHARLES S. BAEDER, Respondent, v. CHARLES S. REED, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present— Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

CHARLES E. FOGERTY, Respondent, v. PITTSBURG CONTRACTING COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $8,466; in which event, judgment as so modified and order